**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

WILLIAM A. NIERENHAUSEN,                                              CIVIL NO. 06-1060 PAM/AJB

          PLAINTIFF,

V.                                                                **ORDER**

JO ANNE B. BARNHART, COMMISSIONER
OF SOCIAL SECURITY,

          DEFENDANT.

___

JOHN R. KOCH, ESQ., FOR THE PLAINTIFF, WILLIAM A. NIERENHAUSEN.

LONNIE F. BRYAN, ASSISTANT UNITED STATES ATTORNEY, FOR THE DEFENDANT, THE COMMISSIONER OF SOCIAL SECURITY.

___

Based upon the Report and Recommendation by United States Magistrate Judge Arthur J. Boylan dated May 30, 2006, with all the files and records, and no objections having been filed to said Recommendation,

    **THE COURT HEREBY ORDERS** that:

    1.    Magistrate Judge Boylan's Report and Recommendation is **adopted**; and

    2.    The Commissioner's Motion for Remand [Docket No. 5] **is granted** pursuant to 42 U.S.C. § 405(g), sentence six.

Dated: June 15, 2006

                                                                       s/ Paul A. Magnuson
                                                                       Paul A. Magnuson
                                                                       Sr. Judge, United States District Court