UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 06-1060 PAM/AJB

| | | |
|---|---|---|
| WILLIAM A. NIERENHAUSEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER FOR DISMISSAL** |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the Stipulation for Dismissal, and all the files, records, and proceedings in this matter, it is hereby

**ORDERED** that this case is dismissed with prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: September  20  , 2007

 s/Paul A. Magnuson
PAUL A. MAGNUSON
United States District Court Judge